IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: LAWRENCE BUSTAMANTE           )   CASE NO. 06 B 01810
                                     )
                                     )   CHAPTER 7 CASE
                                     )
                                     )   HON. JOHN D. SCHWARTZ
            DEBTOR                   )


TO: THE HONORABLE JOHN D. SCHWARTZ
    BANKRUPTCY JUDGE


APPLICATION OF TRUSTEE'S ACCOUNTANT
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on February 27, 2006. This Court on September 13, 2006 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $1,545.50 in compensation for 8.1 hours of services performed and reimbursement of actual expenses in the amount of $0.00 for the period November 27, 2006 through November 29, 2006.

3. A description of the nature of the services rendered by the Applicant is as follows:
    Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the final year ending December 31, 2006 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

<u>Tax Services:</u>

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| B. Glusak | 1.3 | $195 | $ 253.50 |
| L. West | 6.8 | 190 | 1,292.00 |
| Total Due | 8.1 | | $1,545.50 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE,** Applicant requests that it be awarded reasonable compensation of $1,545.50 for the accounting services rendered in this case and reimbursement of expenses of $0.00 incurred.

DATE: December 20, 2006                    RESPECTFULLY SUBMITTED,

                                           *Lois West*

                                           Lois West
                                           Certifying Professional
                                           35 E. Wacker Drive
                                           Chicago, IL  60601-2207

**Invoice No.** 21352



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Lawrence Bustamante (06 B 01810)
- c/o Barry A. Chatz, Trustee
- Arnstein & Lehr LLP
- 120 S. Riverside Plaza, Suite 1200
- Chicago, IL 60606-3913

**Date:** December 20, 2006         **Account No.:** CHA1033L

For Professional Services Rendered:

For accounting and tax services rendered for the period November 27, 2006 through November 29, 2006 including preparation of federal and state fiduciary income tax returns for the final year ending December 31, 2006 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|            | Title                  | Hours | Rate   | Amount     |
|------------|------------------------|-------|--------|------------|
| B. Glusak  | Tax Manager            | 1.3   | $195.  | $ 253.50   |
| L. West    | Bankruptcy Specialist  | 6.8   | 190.   | 1,292.00   |
|            | Total fees:            | 8.1   |        | $1,545.50  |

**EXHIBIT A**

**ESTATE OF LAWRENCE BUSTAMANTE (06 B 01810)**

**Time sort by date**

| Date | Description | Hours | Name |
|---|---|---|---|
| 11/27/2006 | Tax Return Preparation - Review debtor tax returns provided by Mr. Bustamante for basis in property. Review closing statement for sale of property used in a business. Calculate gain on sale of property. Review claims filed by suppliers for expenses deductible on 1040 schedule C. | 3.5 | L. West |
| 11/28/2006 | Tax Return Preparation - Preparation of tax returns for year ended 12/31/06. Make manual changes as required. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. | 3.0 | L. West |
| 11/29/2006 | Tax Review - Review workpapers and forms 1041/1040, IL-1041/IL-1040 for 2006. | 1.3 | B. Glusak |
| 11/29/2006 | Tax Review - Final review - check assembly and sign federal and state returns for year ended 12/31/06. | 0.3 | L. West |

Total hours  8.1

**EXHIBIT A**