UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| LAWRENCE BUSTAMANTE, ) | Case No. 06-01810 | |
| ) | | |
| Debtor. ) | Hon. JOHN D. SCHWARTZ | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DIRKSEN FEDERAL BUILDING, COURTROOM 719 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

    On: **October 4, 2007**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $397,830.98 |
    | Disbursements | $209,794.93 |
    | Net Cash Available for Distribution | $188,036.05 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ *Trustee Compensation* | $0.00 | $17,719.90 | $71.70 |
| COHEN & KROL *Attorney for Trustee* | $0.00 | $7,590.50 | $86.34 |
| POPOWCER KATTEN LTD. *Accountant for Trustee* | $0.00 | $1,545.50 | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $166.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00% plus 4.72% interest.

Allowed priority claims are:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 12A | Illinois Department Of Revenue | $166.00 | $177.85 |

6. Claims of general unsecured creditors totaling $157,352.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus 4.72% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Windy City Wrestling | $600.00 | $642.83 |
| 2 | Bumper To Bumper Autoparts | $4,421.64 | $4,737.27 |
| 4 | Snap-On Credit LLC | $8,098.29 | $8,676.36 |
| 5 | American Express Bank FSH | $15,171.29 | $16,254.25 |
| 6 | American Express Travel Related Svc | $317.90 | $340.59 |
| 7 | Chase Bank USA, N.A. | $19,708.97 | $21,115.83 |
| 11 | Matco Tools | $552.24 | $591.66 |
| 12B | Illinois Department Of Revenue | $49.00 | $52.50 |
| Surplus to Debtor | Lawrence Bustamante | | $108,432.97 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.* If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property -- 9420 Julia Drive, St. John , IN - subject to lien | $376,000.00 |
| Life Insurance Policy | $0.00 |
| Stock | $0.00 |
| Automobile: 2001 Lincoln Navigator -- subject to lien | $8,000.00 |

Dated: **September 11, 2007**               For the Court,

By:    **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn St., 7th Floor
Chicago, IL 60604

Trustee:     Barry A. Chatz
Address:    120 S. Riverside Plaza Suite 1200
                  Chicago, IL 60606-0000
Phone No.:  (312) 876-7100