UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| LAWRENCE BUSTAMANTE, ) | Case No. 06-01810 | |
| ) | | |
| Debtor. ) | Hon. JOHN D. SCHWARTZ | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DIRKSEN FEDERAL BUILDING, COURTROOM 719 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

    On: **October 4, 2007**         Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                $397,830.98

    Disbursements                                                           $209,794.93

    Net Cash Available for Distribution                                     $188,036.05

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ *Trustee Compensation* | $0.00 | $17,719.90 | $71.70 |
| COHEN & KROL *Attorney for Trustee* | $0.00 | $7,590.50 | $86.34 |
| POPOWCER KATTEN LTD. *Accountant for Trustee* | $0.00 | $1,545.50 | $0.00 |

5.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $166.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00% plus 4.72% interest.

Allowed priority claims are:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 12A | Illinois Department Of Revenue | $166.00 | $177.85 |

6.  Claims of general unsecured creditors totaling $157,352.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus 4.72% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Windy City Wrestling | $600.00 | $642.83 |
| 2 | Bumper To Bumper Autoparts | $4,421.64 | $4,737.27 |
| 4 | Snap-On Credit LLC | $8,098.29 | $8,676.36 |
| 5 | American Express Bank FSH | $15,171.29 | $16,254.25 |
| 6 | American Express Travel Related Svc | $317.90 | $340.59 |
| 7 | Chase Bank USA, N.A. | $19,708.97 | $21,115.83 |
| 11 | Matco Tools | $552.24 | $591.66 |
| 12B | Illinois Department Of Revenue | $49.00 | $52.50 |
| Surplus to Debtor | Lawrence Bustamante |  | $108,432.97 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.* If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| Real Property -- 9420 Julia Drive, St. John , IN - subject to lien | $376,000.00 |
| Life Insurance Policy | $0.00 |
| Stock | $0.00 |
| Automobile: 2001 Lincoln Navigator -- subject to lien | $8,000.00 |

Dated: **September 11, 2007**       For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn St., 7th Floor
Chicago, IL 60604

Trustee: Barry A. Chatz
Address: 120 S. Riverside Plaza Suite 1200
Chicago, IL 60606-0000
Phone No.: (312) 876-7100

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

1810    Doc 46    Filed 09/11/07    Entered 09/14/07 00:33:52    Desc Imaged
Certificate of Service    Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                 Page 1 of 2            Date Rcvd: Sep 11, 2007
Case: 06-01810                    Form ID: pdf002             Total Served: 73

The following entities were served by first class mail on Sep 13, 2007.
db           +Lawrence Bustamante,   9420 Julia Drive,   Saint John, IN 46373-9097
aty          +Cohen & Krol,   Cohen & Krol,   105 West Madison St 1100,   Chicago, IL 60602-4600
aty          +Debra J Vorhies Levine,   Law Offices of Debra V Levine,   53 W Jackson Boulevard,   Suite 909,
               Chicago, IL 60604-3837
aty          +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
tr           +Barry A Chatz,   Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
10617221      A F S C I,   17629 S Halsted,   Homewood, IL 60430
10617222     +Allied Waste Services #721,   P.O. Box 9001154,   Louisville, KY 40290-1154
10617223      American Express,   P.O. Box 360002,   Fort Lauderdale, FL 33329
10770847      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10617224      American Express Travel Related Svcs Co Inc Corp,   c/o Becket and Lee, LLP,
               POB 3001 Malvern, PA 19355-0701
10617225     +Bac/Fleet-Bkcard,   200 Tournament Dr,   Horsham, PA 19044-3606
10617226     +Bankchicago,   8601 W Ogden,   Lyons, IL 60534-1038
10617227     +Bumper to Bumper Autoparts,   2505 North Shore Drive,   Urbana, IL 61802-7219
10617228     +Cbusasears,   Po Box 6189,   Sioux Falls, SD 57117-6189
10617229     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10799661     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10617230     +Chase Business Card Services,   P.O. Box 15548,   Wilmington, DE 19886-5548
10617231      Cintas Corp,   P.O. Box #5,   Calumet City, IL 60409-0005
10617232     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
10617233     +Citibank Na,   Po Box 769006,   San Antonio, TX 78245-9006
10617234     +Citicorp Savings Ill,   500 W Madison St,   Chicago, IL 60661-2566
10617235     +Citifinancial Retail S,   Po Box 22066,   Tempe, AZ 85285-2066
10617236     +Citizens Bank,   328 S Saginaw St,   Flint, MI 48502-1940
10617238      Consecofin,   345 St Peter/900 Landmk,   Saint Paul, MN 55102
10617239      Countrywide Home Loans,   P.O. Box 66094,   Dallas, TX 75266
10617240     +Dime Savings Bank,   1460 Valley Rd,   Wayne, NJ 07470-8437
10617241     +Dominic Shone,   18326 Walter Street,   Lansing, IL 60438-3232
10617242     +First Midwest Bank/Na,   300 N Hunt Club Rd,   Gurnee, IL 60031-2502
10617243     +First Usa Bank N A,   1001 Jefferson Plaza,   Wilmington, DE 19801-1493
10617244     +Ford Motor Credit,   P.O. BOX 64400,   Colorado Springs, CO 80962-4400
10617245     +Gemb/Mohawk,   Po Box 276,   Dayton, OH 45401-0276
10617246     +Gemb/Walmart/Wards,   P O Box 981400,   El Paso, TX 79998-1400
10617247     +Hinckley Springs,   P.O. Box 660579,   Dallas, TX 75266-0579
10617248      Hsbc Bank Nv Fka Hhlb,   Pob 98706,   Las Vegas, NV 89193
10617249      Hsbc Damark Internationa,   200 Beneficial Ctr,   Peapack, NJ 07977
10617250     +Hsbc Nv,   1441 Schilling Pl,   Salinas, CA 93901-4543
10617251     +Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850-5519
10617252     +Hsbc/Mnrds,   90 Christiana Rd,   New Castle, DE 19720-3118
10617253     +Hsbc/Nautl,   90 Christiana Rd,   New Castle, DE 19720-3118
10617254     +Hsbc/Wicks,   90 Christiana Rd,   New Castle, DE 19720-3118
11456563     +Illinois Department of Revenue,   Bankruptcy Section,   100 West Randolph Street  Level 7-400,
               Chicago, Illinois 60601-3218
10617255      Illinois Dept Of Revenue,   C.B. Accounts, INC. Dept. 0092,   Dept. 0092,
               Arrowsmith, IL 61722-0025
10617256     +Indiana Fed Bk For Svg,   63 S Lafayette Street,   Valparaiso, IN 46383-5519
10617257     +Interstate Battery,   16220 Crowford,   Tinley Park, IL 60478-2054
10617258     +Komyatte & Associates,   9650 Gordon Drive,   Highland, IN 46322-2909
10617259     +Marshall Fields,   111 Boulder Industrial D,   Bridgeton, MO 63044-1241
10617260     +Matco Tools,   4403 Allen Rd,   Stow, OH 44224-1096
10617261     +Mildred Strazzante,   10710 S. Avenue B,   Chicago, IL 60617-6811
10617262     +Mitchell,   25029 Network Place,   Chicago, IL 60673-0001
10617263     +Montgomery Wards/Mbga,   P O Box 103051,   Roswell, GA 30076-9051
10617264     +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
10617265      Paymentech Merchant Services,   5250 Westheimer Road, 6th Floor,   Houston, TX 77056
10617266     +Peoples Energy,   Peoples Gas,   Chicago, IL 60687-0001
10617267     +Pier 1/Nb,   9111 Duke Blvd,   Mason, OH 45040-8999
10617268     +ProAuto Parts,   3535 W. Ridge Rd.,   Gary, IN 46408-1839
10617269     +Quality Alarm Sys,   5532 W. Cal-Sal Road,   Alsip, IL 60803-3309
10617270     +Rita Strazzante,   11051 S. Avenue L,   Chicago, IL 60617-6914
10617271     +SBC Telephone,   P.O. Box 5072,   Saginaw, MI 48605-5072
10736277    ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
              (address filed with court:  Snap-on Credit LLC,   950 Technology Way, Suite 301,
               Libertyville, IL 60048)
10617272     +Sluiter Elec.,   15 W. 168th Street,   South Holland, IL 60473-2838
10617273     +Snap On Credit,   P.O. Box 98850,   Chicago, IL 60693-0001
10617274     +St. Paul Travelers,   10320 Orland Parkway,   Orland Park, IL 60467-5627
10617275     +Standard Bank & Trust,   2400 W 95th St,   Evergreen Park, IL 60805-2829
10617276     +Standard Bank and Trust,   9321 Wicker Avenue,   Saint John, IN 46373-9412
10617277     +Target Nb,   Po Box 9475,   Minneapolis, MN 55440-9475
10617278     +Timepayment Corp Llc,   950 Winter St,   Waltham, MA 02451-1424
10617279     +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
10617281     +Washington Mutual Home,   324 W Evans St,   Florence, SC 29501-3430
10617282     +Wells Fargo,   P.O. Box 29746,   Phoenix, AZ 85038-9746
10617283     +Wells Fargo Home Mtg I,   405 Sw 5th St,   Des Moines, IA 50309-4600
10617284     +Windy City Wrestling,   P.O.Box 170048,   Chicago, IL 60617-9048
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Sep 11, 2007
Case: 06-01810                Form ID: pdf002          Total Served: 73
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Sep 12, 2007.
```
10617237        E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                      ComEd,
                Bill Payment Center,   Chicago, IL 60668-0001
10617280       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 12 2007 04:00:30   Verizon Wireless,
                1 Verizon Pl,   Alpharetta, GA 30004-8510
                                                                                         TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2007**                    **Signature:**    _Joseph Speetjens_