UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LAWRENCE BUSTAMANTE, | ) | Case No. 06-01810 |
| | ) | |
| Debtor. | ) | Hon. JOHN D. SCHWARTZ |

### FINAL DISTRIBUTION REPORT

I, BARRY A. CHATZ, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $27,013.94 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Priority Tax Claims: | $166.00 |
| General Unsecured Claims: | $48,919.33 |
| Interest (726(a)(5)): | $3,503.81 |
| Surplus to Debtor (726(a)(6)): | $109,227.44 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $188,830.52 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $27,013.94 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Barry A. Chatz Trustee Compensation | $17,719.90 | $17,719.90 |
| ADMIN | Barry A. Chatz, Trustee Trustee Expenses | $71.70 | $71.70 |
| ADMIN | Cohen & Krol Attorney for Trustee Fees | $7,590.50 | $7,590.50 |
| ADMIN | Cohen & Krol Attorney for Trustee Expenses | $86.34 | $86.34 |
| ADMIN | Popowcer Katten Ltd. Accountant for Trustee Fees | $1,545.50 | $1,545.50 |
|  | **CLASS TOTALS** | **$27,013.94** | **$27,013.94** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 166.00 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 12A | Illinois Department of Revenue Claims of Governmental Units-- 507 | $166.00 | $166.00 |
| | **CLASS TOTALS** | **$166.00** | **$166.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid pro-rata after costs of administration and priority claims are paid in full | $ 48,870.33 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 5 | American Express Bank FSB | $15,171.29 | $15,171.29 |
| 6 | American Express Travel Related Svc | $317.90 | $317.90 |
| 2 | Bumper To Bumper Autoparts | $4,421.64 | $4,421.64 |
| 7 | Chase Bank USA, N.A. | $19,708.97 | $19,708.97 |
| 11 | Matco Tools | $552.24 | $552.24 |
| 4 | Snap-On Credit LLC | $8,098.29 | $8,098.29 |
| 1 | Windy City Wrestling | $600.00 | $600.00 |
| | CLASS TOTALS | $48,870.33 | $48,870.33 |

Note: Claim No. 3 was amended by Claim No. 11.

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 49.00 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 12B | Illinois Department of Revenue | $49.00 | $49.00 |
| | CLASS TOTALS | $49.00 | $49.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 49,085.33 | 7.14% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 12A | Illinois Department of Revenue | $166.00 | $11.85 |
| 5 | American Express Bank, FSH | $15,171.29 | $1,082.96 |
| 6 | American Express Travel Related Svc | $317.90 | $22.69 |
| 2 | Bumper To Bumper Autoparts | $4,421.64 | $315.63 |
| 7 | Chase Bank USA N.A. | $19,708.97 | $1,406.86 |
| 11 | Matco Tools | $552.24 | $39.42 |
| 4 | Snap-On Credit LLC | $8,098.29 | $578.07 |
| 1 | Windy City Wrestling | $600.00 | $42.83 |
| 12B | Illinois Department Of Revenue | $49.00 | $3.50 |
| | CLASS TOTALS | $49,085.33 | $3,503.81 |

| 16. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(6) – Surplus to Debtor | | $ 109,227.44 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Bustamante, Lawrence | $109,227.44 | $109,227.44 |
| | CLASS TOTALS | $109,227.44 | $109,227.44 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $81,152.50* | 100.00% |

*Note: Claims No. 8, 9 and 10 are secured claims that were paid at the real estate closing.

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | None | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 10/4/07                               [signature], Trustee